# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE PEREZ | § | |
| | § | |
| V. | § | CASE NO. 4:05cv464 |
| | § | (Judge Schneider/Judge Bush) |
| UNIVERSITY OF NORTH TEXAS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On August 8, 2006, the Report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Judgment on the Pleadings be GRANTED with respect to all alleged actions with the exception of the alleged denial of additional pay raises on or after June 11, 2004. In all other respects, the referenced motion should be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion for Judgment on the Pleadings is **GRANTED** with respect to all alleged actions with the exception of the alleged denial of additional pay raises on or after June 11, 2004. It is further,

**ORDERED, ADJUDGED** and **DECREED** that Defendant's Motion for Judgment on the Pleadings, in all other respects, is **DENIED**.

**SIGNED this 11st day of September, 2006.**

*[signature]*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE