# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JOSE PEREZ | § | |
| | § | |
| v. | § | CASE NO. 4:05CV464 |
| | § | (Judge Schneider/Judge Bush) |
| THE UNIVERSITY OF NORTH TEXAS | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 12, 2006, the Report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion to Dismiss should be DENIED as moot and Defendant's Motion for Summary Judgment should be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff's Motion to Dismiss should be **DENIED** and Defendant's Motion for Summary Judgment should be **GRANTED**.

**SIGNED this 3rd day of January, 2007.**

*[signature]*
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE